# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DACIA URBAN, | CIVIL ACTION |
| Plaintiff, | No. 22-610 |
| v. | Judge Horan |
| SOUTH COLLEGE, | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Dacia Urban Keane and Defendant, South College that the above-captioned action is voluntarily dismissed, with prejudice, and with each party to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: November 17, 2022                                    Respectfully submitted,

| | |
|---|---|
| /s/ Ryan M. Carroll | /s/ Teresa O. Sirianni |
| Ryan M. Carroll | Teresa O. Sirianni |
| PA I.D. 205851 | PA I.D. 90472 |
| Edgar Snyder & Associates, LLC | Marshall, Dennehey, Warner, Coleman & Goggin |
| US Steel Tower, 10th Floor | Union Trust Building, Suite 700 |
| 600 Grant Street | 501 Grant Street |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| (412) 394-4496 | (412) 803-1140 |
| (412) 391-2180 (Fax) | (412) 803-1188 (Fax) |
| rcarroll@edgarsnyder.com | tosirianni@mdwcg.com |
| Attorney for Plaintiff | Attorney for Defendant |

IT IS SO ORDERED this 18th day of November 2022.

/s/ Marilyn J. Horan
Marilyn J. Horan
United States District Judge